# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: the Estate of Rayvesta Crook,<br><br>　　　　Decedent. | ED CV 19-1354 DSF (SHKx)<br><br>ORDER REMANDING ACTION |

　　It appears that Jasper Crook has purported to remove a probate proceeding. This Court lacks subject matter jurisdiction over this action. To the extent the removal was effective, the Court remands the matter to the Superior Court of California, County of Riverside.

　　IT IS SO ORDERED.

Date: July 29, 2019　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　United States District Judge